UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00387

**David Weathers,**
*Plaintiff,*

v.

**Kurt Stiefer et al.,**
*Defendants.*

# ORDER

Plaintiff David Weathers, proceeding pro se and *in forma pauperis*, filed a civil-rights lawsuit under 42 U.S.C. § 1983. The case was transferred to this court for proper venue and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On November 30, 2022, the magistrate judge issued a report recommending that this case be dismissed for failure to prosecute and failure to comply with the court's order to file an amended complaint. Doc. 11. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed.

*So ordered by the court on January 23, 2023.*

J. CAMPBELL BARKER
United States District Judge